UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TODD C. BANK,

        Plaintiff,

                              JUDGMENT
                              19-CV-5804 (RRM) (LB)

        -against-

JOHN DOE,

        Defendant.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Roslyn R. Mauskopf, United States District Judge, having been filed on June 22, 2021, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated September 4, 2020, dismissing this action against John Doe without prejudice pursuant to Rule 4(m); it is

        ORDERED and ADJUDGED that this action against John Doe is dismissed without prejudice pursuant to Rule 4(m).

Dated: Brooklyn, NY                                                 Douglas C. Palmer
       June 23, 2021                                               Clerk of Court

                                                                     By: */s/Jalitza Poveda*
                                                                           Deputy Clerk